THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD W. VOLITON, Appellant. [852 NYS2d 847]—

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Skelos, J.P., Santucci, Covello, McCarthy and Chambers, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN M. WALKER, Appellant. [855 NYS2d 410]—

No opinion. Mastro, J.P., Lifson, Balkin and Dickerson, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL G. DOWD, on Behalf of MAYER SADIAN, Petitioner, v MICHAEL SPOSATO, Respondent. [852 NYS2d 849]—

The determination of the Supreme Court, Nassau County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson,* 48 NY2d 230 [1979]). Lifson, J.P., Florio, Angiolillo and Chambers, JJ., concur.